IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIAMS, Jr., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:10-cv-00978-IPJ-JEO |
| STEVEN E. HADDOCK, *et al.*, | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report on September 7, 2010, recommending that this action be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). Although the plaintiff was advised that he may file specific written objections within fifteen days, he has not responded to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 28th day of September, 2010.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE